UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3693
_____

CARE ONE MANAGEMENT, LLC, ET AL.,
Appellants

v.

UNITED HEALTHCARE WORKERS EAST, ET AL.,
Appellees

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, <u>Chief</u> <u>Judge</u>, McKEE, AMBRO, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, PHIPPS and RENDELL[*], <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellants in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the

_____

[*] Judge Rendell's vote is limited to panel rehearing.

panel is GRANTED.  The opinion filed 12/27/21 is hereby vacated.  The Court en banc,

is denied.

BY THE COURT,

s/ Theodore A. McKee
Circuit Judge

Date: April 14, 2022